# United States District Court
EASTERN DISTRICT OF WISCONSIN

MICHAEL BOETTCHER,

      Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE CO.,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 08-C-439

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is granted in favor of Defendant Metropolitan Life Insurance Company and against Plaintiff Michael Boettcher as the decision terminating Boettcher's benefits was substantially supported by the evidence. Therefore, Plaintiff's claims are dismissed.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: February 9, 2009.

JON W. SANFILIPPO
Clerk of Court

s/ Mary Fisher
(By) Deputy Clerk